US DISTRICT COURT INDEX SHEET











USA

COOPER

SW
3:93-M-4498
*4*
*CRWUXC.*

# United States District Court

CALIFORNIA SOUTHERN

93-4498m

UNITED STATES OF AMERICA
VS.

COOPER, JEFF

33241 ACAPULCO
DANA POINT          CA   92629

Defendant

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| N696189   CS2 | 06/06/93 |

FILED
SEP 17 1997
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

OFFENSE: POSSESSION OPEN CONTAINER

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER ARRANT

# WARRANT OF ARREST

You are hereby commanded to arrest the above named defendant and bring him forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ 200.00 may be Forfeited in Lieu of Appearance.

Date  11/3/93

United States Magistrate Judge

## RETURN

| RECEIVED | Date | Date 8/21/97 Location<br>Returned Unexecuted Recalled by Judge Porter |
|---|---|---|

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

STEPHEN S. GREGG
U.S. Marshal
by J.D.

| Date | Location |
|---|---|

SAN DIEGO COUNTY
MARSHAL
SAN DIEGO COUNTY
18 MARSHAL 23
RETURNED
RECEIVED

Name _____ Title _____ District _____

Date _____ Signature _____

93-4498M
11/3/93